STIPULATION To Consolidate Actions & Transfer To Guam

8/6/98   1   COMPLAINT filed Summons(es) Issued referred to Discovery James W. McMahon (bg) [Entry date 08/11/98] [2:98cv6389]

8/6/98   2   NOTICE by plaintiff Young Rok Shin, plaintiff Sang Woo Kim of related case(s) CV97-7023 HLH (RCx) (jc)  [Entry date 08/14/98] [2:98cv6389]

8/21/98   3   ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Case) filed. [ Related Case no.: CV97-7023 HLH (RCx)] Case  transferred from Judge Dean D. Pregerson to Judge Harry L.  Hupp for all further proceedings.  The case number will now  reflect the initials of the transferee Judge [ CV98-6389  HLH (RCx)] ., Case referred from Discovery James W.  McMahon to Discovery Rosalyn M. Chapman . (cc: all  counsel) (jc) [Entry date 08/24/98] [2:98cv6389]

9/1/98   4   SUPPLEMENTAL ORDER OF CONSOLIDATION by Judge Harry L.  Hupp ; mandatory status conference set on 1:30 10/9/98  (Re: MDL 1237, cv 98-6239; 98-6240; 98-6292; 98-6298;  98-6301; 98-6310; 98-6315; 98-6316; 98-6317; 98-6320;  09-6327;  98-6334;   98-6335; 98-6338; 98-6340; 98-6342; 98-6346;   98-6358;   98-6387; 98-6388; 98-6463; 98-6464; 98-6465;   98-6466   (shb) [Entry date 09/23/98] [2: 98cv6389]

2/1/99   5   ANSWER filed by defendant Serco Management Svc to  complaint [1-1]; jury demand (Relates to MDL 1237) (shb)   [Entry date 02/03/99] [2:98cv6389]

2/24/99   6   WAIVER OF SERVICE of SUMMONS by defendant Serco Management Svc sent by plf on 12/2/98 (el) [Entry date 02/25/99]  [2: 98cv6389]

4/22/99   7   NOTICE OF CHANGE Of Address filed Korean Air Lines re Condon & Forsythe (Re MDL 1237) (shb) [Entry date 04/23/99]   [2: 98cv6389]

5/3/00   8   OPPOSITION by Korean Air Lines Co. to enforce partial sttlmnt; memo of PA; deci of Jennifer J. Johnstson. (ab)  [Entry date 05/05/00] [2:98cv6389]

5/3/00   9   DECLARATION by dft Korean Air Lines Co., LTD of Jennifer J. Johnston in suppt of opp tomot to enforce partial sttlmnt.  (ab) [Entry date 05/05/00] [2:98cv6389]

3/2/01   10   NOTICE OF MOTION by unknown USA to strike, and for costs ; motion hearing set for 10:00 3/26/01. (re: MDL 1237) (pbap) [Entry date 03/07/01] [2:98cv6389]

3/2/01    LODGED prop ord w/mtn to str (FWD TO CRD) (pbap)  [Entry date 03/07/01] [2:98cv6389]

3/5/01   11   EX PARTE APPLICATION filed by unknown USA to expedite hrg on its mtn to str plfs experts wits Lodged prop ord (pbap)[Entry date 03/08/01] [2:98cv6389]

3/7/01   12   ORDER by Judge Harry L. Hupp granting exparte motion to expedite hrg on its mtn to str plfs experts wits [11-1]  resetting hearing on motion to strike [10-1] and motion for  costs [10-2] to 10:00 3/19/01. Cnsl may appr by conf  telephone. (pbap) [Entry date 03/13/01] [2:98cv6389]

3/9/01   13   OPPOSITION by plaintiffs to motion to strike [10-1] , motion  for costs [10-2] deci of Juanita M. Madole (pbap)  [Entry date 03/13/01]

[2:98cv6389]

    3/12/01    14    DECLARATION of Charles Herrmann by plaintiffs in suppr to plf s respnse to re motion to strike [10-1] (pbap)  [Entry date 03/15/01] [2:98cv6389]

    3/14/01    15    RESPONSE by defendant Korean Air Lines Co & Opp to plfs attempts to conduct liability trials in the unsettled cases re motion to strike [10-1] . (re: MDL 1237) (pbap) [Entry date 03/15/01] [2:98cv6389]

    3/14/01    16    JOINDER by defendant Serco Management Svc joining motion to strike [10-1] expert wits (pbap) [Entry date 03/15/01]  [2: 98cv63 89]

    3/14/01    17    REPLY by defendant USA to opp to motion to strike [10-1] plfs  expert wits. (pbap) [Entry date 03/19/01]  [2: 98cv6389]

    3/19/01    21    MINUTES: granting motion to strike [10-1] with the exceptions stated (herein) by Judge Harry L. Hupp CR: Cynthia L. Mizell. **see mm ord for detailed info** (pbap)  [Entry date 04/02/01] [2:98cv6389]

    3/22/01    18    MEMO OF CONTENTIONS OF FACT and LAW by USA (Relates to MDL 1237) (shb) [Entry date 03/23/01] [2:98cv6389]

    3/22/01    19    WITNESS list submitted by USA (Relates to MDL 1237) (shb) [Entry date 03/23/01] [2:98cv6389]

    3/23/01    20    EXHIBIT list  by USA (Re decedents Shin, Ki Ha and Kim, Jeong Sook)   (Relates to MDL 1237) (shb) [Entry date 03/27/01] [2:98cv6389]

    3/28/01    22    MINUTES: by Judge Harry L. Hupp ; pretrial conference on 1:30 4/18/01 In addition, certain individual problems are noted as follows: (see mm) CR: Cynthia L. Mizell (yc) [Entry date 04/04/01] [2:98cv6389]

    4/5/01 23    MINUTES: Cnsl for the following cases: 98-6334; 98-4500; 98-6345; 98-6344; 98-6343; 98-6342; 98-6341; 98-6337;  98-6388; 98-6316; 98-6806; 98-5450; 98-6369; 98-2243;  98-6389; 99-13513; 99-7226; 99-13527; 99-13508; 98-6387 are  advised of the PTC set for 4/18/01 at 1:30 p.m. If you hv  any questions concerning this minute order, please contact  the court clerk at (213) 894-5216 by Judge Harry L. Hupp  CR: not present (pbap) [Entry date 04/17/01]  [2: 98cv6389]

    4/11/01    24    RESPONSE to the crt s OSC why the actn should not be dism for failure to prosecute and or monetary sanctions should  not be assessed by plaintiff (pbap) [Entry date 04/18/01]  [2: 98cv6389]

    4/11/01    25    JNT EXHIBIT list (re: Shin, Ki Ha and Kim, Jung Sook) (pbap)  [Entry date 04/18/01] [2:98cv6389]

    4/18/01    26    RENEWED MOTION by movant USA in 2:98-cv-06389 to strike plfs  expert witness Barbara Luna motion hearing set for  10:00 5/14/01 Lodged ord (bg) [Entry date 04/23/01]    [2: 98cv6389]

4/18/01    27    NOTICE OF Renewed motion to strike plfs  expert witness Barbara Luna [26-1] filed by movant USA in 2:98-cv-06389 (bg) [Entry date 04/23/01] [2:98cv6389]

4/18/01    28    MINUTES: PTC ORDER. All OSCs are vacated   by Judge Harry L. Hupp CR: Cynthia L. Mizell. **see MO for detailed info** (pbap) [Entry date 04/24/01] [2:98cv6389]

    4/30/01    29    OPPOSITION by plaintiffs to renewed motion to strike plfs

expert witness Barbara Luna [26-1] (dhl)  [Entry date 05/02/01] [2:98cv6389]

    4/30/01   30   DECLARATION of Charles Herrmann by plaintiffs in suppt of opp to motion to strike plfs  expert witness Barbara Luna [26-1] (dhl) [Entry date 05/02/01] [2:98cv6389]

    4/30/01   31   DECLARATION of Richard E Brown by plaintiffs in suppt of opp to motion to strike plfs  expert witness Barbara Luna [26-1] (dhl) [Entry date 05/02/01] [2:98cv6389]

    5/7/01   32   MINUTES: Proceedings: ORD transferring mot. Dft United States has renewed its mot to strike plf s expert witness  Barbara Luna in the following cases: 98-2243, 98-6369,  98-6387, 98-6388 and 98-6389. The Crt previously had  transferred 98-2243 and 98-6369 to Guam for damages trials. Accordingly, this mot, as it relates to 98-2243 and 98-6369  will be heard by the trial judge in Guam. This Crt will  hear the mot as it relates to 98-6387, 98-6388 and 98-6389,  on 5/14/01 at 10:00 a.m. by Judge Harry L. Hupp CR: not present (pbap) [Entry date 05/10/01] [2:98cv6389]

    5/14/01   33   MINUTES: denying motion to strike plfs  expert witness Barbara Luna [26-1] in CV 98-2243(a), (b), (c), (d), CV  98-6387, CV 98-6388, and CV 98-6389 by Judge Harry L. Hupp  CR: Cynthia L. Mizell. (ENT 5/15/01) mid cpys & ntc (pbap)
    [Entry date 05/15/01] [Edit date 05/15/01] [2:98cv6389]

    5/23/01   34   MINUTES by Judge Harry L. Hupp: With the exception of one sub-issue, the mot of dft Serco for summary jgm is DEN by  reason of the existence of triable issues of fact as to negligence & proximate or legal cause. It seems most  efficient to try the liability issue as to Serco in those  cases where only Serco is a dft first, bef one judge, & get  a liability finding. If damage trials are thereafter  necessary, the case can be sent out for individual damage  trials. Accordingly, the crt intends to modify the PTC ords  already submitted, specifying that there shall be liability  trials bef one judge in the Central District, to procede  any damage trials, w/ damage trials to proceed individually  if liability is found. Cnsl should expect the modified PTC  ords imminently, followed by info as to identity & date of  a stat conf bef the selected trial judge to set a date for  a liability trial. CR: Cynthia L. Mizell. (gk)   [Entry date 06/06/01] [2:98cv6389]

    7/18/01   35   MINUTES: The Crt has rcd a consent mot to transfer CV 01-3304-HLH(Rcx) to the District of Guam. The Crt ords to  show cause why CV 01-3304 & CV 98-6389 should not be  consolidated by 8/1/01 & the US is ord to address whether  it has accepted liability in this case by 8/1/01 by Judge Harry L. Hupp CR: not present (pbap) [Entry date 07/23/01]  [2: 98cv6389]

7/18/01   36   STIPULATION and ORDER by Judge Harry L. Hupp of dismml with prej of all claims filed by United States, Serco and Korean  Air, each party to bear its own costs terminating case (MD JS-6) . (ENT 7/23/01) (pbap) [Entry date 07/23/01] [2: 98cv63 89]

    7/27/01   38   MINUTES: Case reopened    (MD JS-5) case closed in error by Judge Harry L. Hupp  CR: n/a (dmjr) [Entry date 08/01/01]
    [2: 98cv63 89]

    7/30/01   39   NOTICE by movant USA position on liability. (pbap) [Entry date 08/02/01] [2:98cv6389]

8/1/01   40   STIPULATION and ORDER by Judge Harry L. Hupp that Case number CV 01-3304-HLH(RCx) and CV 98-6389 may be  consolidated and that the Cases are consolidated, and  actions may be transferred to Dist of: GUAM. (ENT

8/8/01) MD JS 6 (pbap) [Entry date 08/08/01]  [2: 98cv6389]

   8/9/01   TRANSMITTAL of documents orig file, cc docket and order to the District of GUAM. (pbap) [Entry date 08/09/01]

;   [CBW EOD 08/22/2001]